UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

2015 OCT 27  AM 11: 38

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          vs.<br><br>SALVADOR VENEGAS-FLORES,<br><br>                    Defendant. | CASE NO. 15CR1344-CAB<br><br>BY _____ NP _____ DEPUTY<br><br>**JUDGMENT OF DISMISSAL** |

  IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___  the Court has dismissed the case for unnecessary delay; or

_X_  the Court has granted the motion of the Government for dismissal, without prejudice; or

___  the Court has granted the motion of the defendant for a judgment of acquittal; or

___  a jury has been waived, and the Court has found the defendant not guilty; or

___  the jury has returned its verdict, finding the defendant not guilty;

_X_  of the offense(s) as charged in the Indictment/Information:

 Title 8, U.S.C., Sec. 1325 - Improper Entry by an Alien (Felony); and,

 Title 8, U.S.C., Sec. 1326 (a) and (b) - Removed Alien Found in the United States.

  IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: OCTOBER 26, 2015

                 Cathy Ann Bencivengo
                 U.S. District Judge